|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JANE DOE, | Case No. 1:20-cv-01544-BAK |
|---|---|
| Plaintiff, |   |
| v. | ORDER REGARDING DEFENDANTS' REQUEST TO SEAL |
| KERN COUNTY SHERIFF'S OFFICE, et al., |   |
| Defendants. |   |

The Court is in receipt of a request to seal documents by Defendants County of Kern, Thomas Craig, and Miguel Orozco ("Defendants"). Pursuant to Local Rule 141:

> Except in pre-indictment criminal investigations in which sealing is sought, the "Notice of Request to Seal Documents" shall be filed electronically, or for nonelectronic filers, shall be submitted on paper to the Clerk for filing by hand delivery, by same-day or overnight delivery service provided by a courier, or by U.S. Mail, and shall be served on all parties. The Notice shall describe generally the documents sought to be sealed, the basis for sealing, the manner in which the "Request to Seal Documents," proposed order, and the documents themselves were submitted to the Court, and whether the Request, proposed order, and documents were served on all other parties.
>
> Except in criminal pre-indictment matters, the "Request to Seal Documents," the proposed order, and all documents covered by the Request shall be either (1) e-mailed to the appropriate Judge or Magistrate Judge's proposed orders email box listed on the Court's website, with the e-mail subject line including the case number and the statement: "Request to Seal Documents"; or (2) submitted on paper to the Clerk by hand delivery, by same-day or overnight courier, or by U.S. Mail; the envelope containing the Request, proposed order an documents shall state in a prominent manner "Request to Seal Documents." If the Request,

>proposed order, and documents are delivered to the Clerk, the party seeking sealing shall submit a self-addressed, stamped envelope for return of the documents. In either case, the Request, proposed order, and submitted documents shall not be filed at this time.
>
>Except in matters in which it is clearly appropriate not to serve the "Request to Seal Documents," proposed order, and/or documents upon the parties, which would include criminal pre-indictment matters, all Requests, proposed orders, and submitted documents shall be served on all parties on or before the day they are submitted to the Court. See L.R. 135.
>
>The "Request to Seal Documents" shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information. If the Request, proposed order, and/or documents covered by the Request were submitted without service upon one or more other parties, the Request also shall set forth the basis for excluding any party from service. The documents for which sealing is requested shall be paginated consecutively so that they may be identified without reference to their content, and the total number of submitted pages shall be stated in the request.

E.D. Cal. L.R. 141(b). (*See also* ECF No. 21 ("If a party wishes to file documents with the Court, which contain material designated as confidential, the party shall comply with Local Rules 140 and 141.").)

Defendant has not complied with Local Rule 141. Specifically, Defendant has not filed a "Notice of Request to Seal Documents" on the docket that includes the information required under Local Rule 141(b). Additionally, Defendant's request does not address whether the relevant documents have been served on all parties before being submitted to the Court or describe the basis from excluding any party from service. The documents also are not paginated consecutively and the request does not identify the total number of submitted pages.

Thus, the Court will grant Defendant leave to file a Notice of Request to Seal Documents and to submit a Request to Seal Documents that comply with Local Rule 141. Defendant's Notice of Request to Seal Documents shall be filed electronically on the docket. Defendant's Request to Seal Documents should be submitted by email to epgorders@caed.uscourts.gov. In addition to the matters required by Local Rule 141(b), Defendant's Request to Seal Documents should also address why sealing the entire document, rather than redaction of the relevant private information, is appropriate. *See* E.D. Cal. L.R. 140(b). Any opposition to the request shall be due within three days of the date of service of the "Notice of Request to Seal Documents" pursuant to Local Rule

141(c).

    Accordingly, IT IS HEREBY ORDERED that Defendant is granted leave to file a Notice of Request to Seal Documents and to submit a Request to Seal Documents in compliance with Local Rule 141(b) within seven (7) days of entry of this order.

IT IS SO ORDERED.

Dated: **June 28, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3